**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1791**

TAMARA ROUHI,

Plaintiff - Appellant,

v.

KETTLER; HABITAT AMERICA LLC,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Stephanie A. Gallagher, District Judge. (1:19-cv-03052-SAG)

Submitted: December 17, 2020                    Decided: December 21, 2020

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tamara Rouhi, Appellant Pro Se. Charles Lester Simmons, Jr., WHITEFORD, TAYLOR & PRESTON, LLP, Baltimore, Maryland; Mark Anthony Kozlowski, LAW OFFICES OF JONATHAN P. STEBENNE, London, Kentucky; Louis C. Long, Charles Benjamin Peoples, THOMAS, THOMAS & HAFER, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tamara Rouhi appeals the district court's order dismissing her complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Rouhi v. Kettler*, No. 1:19-cv-03052-SAG (D. Md. June 24, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*